| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 14-12389-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Mon Sep 24 10:25:52 CDT 2018 | Alliance Healthcare System<br>PO Box 6000<br>Holly Springs, MS  38634-6000 | Attn: Capital One Auto Finance<br>Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| Bank Of Holly Springs<br>PO Box 250<br>Holly Springs, MS  38635-0250 | Locke D. Barkley<br>6360 I-55 North<br>Suite 140<br>Jackson, MS 39211-2038 | Beneficial<br>Member HSBC Group<br>PO Box 1231<br>Brandon, FL  33509-1231 |
| Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City, Oklahoma 73134-2500 | Capital One<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 |
| Capital One Auto Finance<br>4515 N Santa Fe Ave Dept APS<br>%AIS Portfolio Services LP<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance<br>P.O. BOX 201347<br>ARLINGTON, TX 76006-1347 | Capital One Auto Finance<br>%AIS Portfolio Services LP<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City OK 73118-7901 |
| Capital One Auto Finance<br>Post Office Box 260848<br>Plano, TX 75026-0848 | Capital One Auto Finance<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Capital One Auto Finance c/o AIS Portfolio S<br>P.O. BOX 4360<br>Houston, TX 77210-4360 |
| Cedar Hill National Bank<br>PO Box 34216<br>Charlotte, NC  28234-4216 | Chase<br>Post Office Box 15298<br>Wilmington, DE 19850-5298 | Citi Cards<br>PO Box 6500<br>Sioux Falls, SD  57117-6500 |
| First Heritage Credit<br>105 E. Van Dorn Avenue<br>Holly Springs, MS 38635-3005 | (p)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | GE Money Bank<br>Attn:  Bankruptcy Department<br>PO Box 103104<br>Roswell, GA  30076-9104 |
| HSBC<br>PO Box 5250<br>Carol Stream, IL  60197-5250 | HSBC<br>PO Box 80084<br>Salinas, CA  93912-0084 | HSBC<br>PO Box 81622<br>Salinas, CA  93912-1622 |
| HSBC MORTGAGE SERVICES, INC.<br>P.O. BOX 21188<br>EAGAN, MINNESOTA 55121-0188 | Home Depot<br>P.O. Box 790328<br>St Louis, MO 63179-0328 | I.C. Systems<br>PO Box 64437<br>Saint Paul, MN  55164-0437 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Bradley P. Jones<br>Shapiro & Massey, LLC<br>1080 River Oaks Drive<br>Suite B-202<br>Flowood, MS 39232-7603 |

| | | |
|---|---|---|
| Macy's<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH  45040-8053 | Marshall County Chancery Clerk<br>P.O. Box 219<br>Holly Springs, MS 38635-0219 | Kent D. McPhail<br>Kent McPhail & Associates, LLC<br>P.O. Box 870<br>Mobile, AL 36601-0870 |
| Medical Financial Services<br>6555 Quince Road, Suite 100<br>Memphis, TN 38119-5231 | Mississippi Department Of Revenue<br>Bankruptcy Division<br>P.O. Box 22808<br>Jackson, MS 39225-2808 | Mississippi Department of Revenue<br>Bankruptcy Section<br>Post Office Box 22808<br>Jackson, MS 39225-2808 |
| Office Of U.S. Attorney<br>Internal Revenue Service<br>900 Jefferson Ave<br>Oxford, MS  38655-3608 | Office Of U.S. Trustee<br>501 E Court St Ste 6-430<br>Jackson, MS 39201-5022 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Portfolio Recovery Associates, LLC<br>1000 Ridgeway Loop Rd, Suite 200<br>Memphis, TN 38120-4036 | Recovery Management Systems Corporation<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Karen B. Schneller<br>P.O. Box 417<br>Holly Springs, MS 38635-0417 | Sears<br>PO Box 6282<br>Sioux Falls, SD  57117-6282 | Sears<br>PO Box 6283<br>Sioux Falls, SD  57117-6283 |
| Kandace C. Stewart<br>Evans Petree PC<br>1000 Ridgeway Loop Road<br>Suite 200<br>Memphis, TN 38120-4036 | Target National Bank<br>C/O Target Credit Services<br>PO Box 1581<br>Minneapolis, MN  55440-1581 | U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 |
| U.S. Bank Trust, N.A.<br>c/o Bradley P. Jones<br>Shapiro & Massey, LLC<br>1080 River Oaks Drive<br>Suite B-202<br>Flowood, MS 39232-7603 | U.S. Bank Trust, N.A., as Trustee for LSF9 M<br>Shapiro & Massey, LLC<br>1080 River Oaks Drive, Suite B-202<br>Flowood, MS 39232-7603 | Dorothy Vinson<br>375 E Van Dorn Ave<br>Holly Springs, MS 38635-3135 |
| James Vinson<br>375 E Van Dorn Ave<br>Holly Springs, MS 38635-3135 | Wells Fargo Financial<br>P.O. Box 10475<br>Des Moines, IA 50306-0475 | Williams Medical Clinic<br>PO Box 5040<br>Holly Springs, MS  38634-5040 |
| Jacob C Zweig<br>Evans Petree PC<br>1715 Aaron Brenner Drive<br>Suite 800<br>Memphis, TN 38120-1445 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
First Tower Loan Inc.              Internal Revenue Service            (d)Internal Revenue Service
P.O. Box 802                       Attn: Special Processing Staff      Special Procedures
Holly Springs, MS 39568            100 West Capitol Street              100 West Capital St, Stop 18
                                   Room 504                             Jackson, MS  39269
                                   Jackson MS 39269


Portfolio Recovery Associates      (d)Portfolio Recovery Associates, LLC   (d)Tower Loan
P.O. Box 12914                     POB 41067                               P.O. Box 320367
Norfolk, VA  23541                 Norfolk, VA 23541                       Flowood, MS 39232-0367



(d)Tower Loan Of Holly Springs
P.O. Box 802
Holly Springs, MS  38635
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Consumer Portfolio Services, Inc.      End of Label Matrix
Kent D. McPhail                           Mailable recipients    54
                                          Bypassed recipients     1
                                          Total                  55
```